1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT

8 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 CHRISTOPHER LANE WRIGHT,        No. 2:16-cv-2444 GGH P

11         Petitioner,

12     v.                  ORDER

13 ROBERT W. FOX,

14         Respondent.

15

16       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

17 corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

18       The application attacks a conviction issued by the San Diego County Superior Court.

19 While both this court and the United States District Court in the district where petitioner was

20 convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any

21 and all witnesses and evidence necessary for the resolution of petitioner's application are more

22 readily available in San Diego County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

23       Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

24 transferred to the United States District Court for the Southern District of California.

25 Dated: October 20, 2016

26                     /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE

27 /kly
wrig2444.108

28